[No. 31877-2-I.   Division One.   December 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICK P.
HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-05852-1, John M. Darrah, J., entered Octo-

ber 29, 1992. *Dismissed* by unpublished opinion per Baker, J., concurred in by Pekelis, A.C.J., and Forrest, J.